UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

K.V.G. PROPERTIES, INC.,

        Plaintiff,

Case No. 16-11561

HONORABLE AVERN COHN

v.

WESTFIELD INSURANCE COMPANY,

        Defendant.
_____/

## JUDGMENT

For the reasons stated in the Order entered on November 8, 2017, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: November 8, 2017        By: s/Marie Verlinde
                                          Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 8, 2017, by electronic and/or ordinary mail.

                                          s/Marie Verlinde
                                          Case Manager, (313) 234-5160